DETERMINED IN THE

## SECOND DISTRICT

OF THE

# APPELLATE COURTS OF ILLINOIS

### DURING THE YEAR 1914.

---

### In re Estate of Christian Wresche.

#### Emma Ackman et al., Appellants, v. Christian C. Wresche et al., Appellees.

#### Gen. No. 5,962.   (Not to be reported in full.)

Appeal from the Circuit Court of McHenry county; the Hon. CHARLES H. DONNELLY, Judge, presiding. Heard in this court at the April term, 1914. Reversed and remanded. Opinion filed July 31, 1914.

### Statement of the Case.

Proceeding on appeal by Emma Ackman and Dora Thies in the matter of the estate of Christian Wresche to the Circuit Court from an order of the County Court admitting the will of Christian Wresche to probate. A hearing was had in the Circuit Court and the testimony of the subscribing witnesses was introduced. From a judgment finding the instrument to be a will, the appellants in the Circuit Court prosecute this appeal.

(1)

Appellants urge that the judgment be reversed without remanding.

EDWARD D. SHURTLEFF, for appellants; C. P. BARNES, of counsel.

No appearance for appellees.

MR. JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1803*—*when reversal should be with remandment.* On appeal from an order of the Circuit Court finding in favor of a will, where the record does not show that the paper which the subscribing witnesses swore they signed and the testator signed was the will, the Appellate Court should not reverse without remanding.